UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:17-cr-00063-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) |
| ALEXANDER GAROUTTE, | ) ORDER |
| Defendant. | ) |

THIS MATTER is before the Court on Defendant's pro se Motion for Compassionate Release/Reduction of Sentence (Doc. No. 45).

The Court hereby ORDERS the Government to respond to Defendant's motion. The Government shall have **sixty (60) days** from the date of this Order to file its response with the Court. The Government shall advise the United States Probation Office if the Government believes a supplemental Presentence Investigation Report will be required.

IT IS SO ORDERED.

Signed: June 8, 2020

Frank D. Whitney
United States District Judge

1